IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00145-MSK-MJW

KEVEN BARNES,

      Qui Tam Plaintiff on behalf of the United States,

v.

ITT FEDERAL SERVICES INTERNATIONAL CORP.;
KUWAIT RESOURCES HOUSE,

      Defendants.
_____

**ORDER**
_____

      **THIS MATTER** comes before the Court on the Qui Tam Plaintiff's Complaint filed under seal on January 26, 2009 **(#1)**. Pursuant to 31 U.S.C. § 3730(b)(2), the Complaint is to remain under seal for at least 60 days and shall not be served upon the Defendants until the Court so orders.

      Absent any request for extension of the sealed period, the Court **ORDERS** the Complaint **(#1)** to be unsealed on March 27, 2009, and then served upon Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. 31 U.S.C. § 3730(b)(3).

      Dated this 12th day of February, 2009.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge