# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00145-MSK-MJW

UNITED STATES *ex rel.* KEVEN BARNES,

    Plaintiff,

v.

ITT FEDERAL SERVICES INTERNATIONAL CORP., *et al*,

    Defendant.

---

## FILED UNDER SEAL

### ORDER (Docket No 8)

---

The Court, having reviewed the United States' Application to Vacate the Scheduling/Planning Conference, and finding good cause for the application therein, hereby ORDERS that the Scheduling/Planning Conference set for April 1, 2009 is hereby VACATED. (#)

Dated this 3rd day of March, 2009.

(#) Further ordered That The Relator Keven Barnes and The USA shall Appear for A status Conference before Magistrate Judge Watanabe on April 1, 2009 At 9:30 A.m

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO