# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00145-MSK-MJW

UNITED STATES OF AMERICA *ex rel.* KEVEN BARNES,

    Plaintiff,

v.

ITT FEDERAL SERVICES INTERNATIONAL CORP., *et al*,

    Defendant.

---

## FILED UNDER SEAL

## ORDER

---

Upon consideration of the United States' unopposed, *ex parte* application for a one hundred eighty (180)-day extension of time in which to determine whether to intervene in the above-captioned *qui tam* action pursuant to 31 U.S.C. § 3730(b)(3), and good cause appearing, it is hereby

**ORDERED** that the United States shall have until September 23, 2009, to intervene in the above-captioned *qui tam* action or to notify the Court that it declines to do so; and

**FURTHER ORDERED** that the complaint and all other documents filed in this case shall remain under seal until and including September 23, 2009, upon order of this Court, unless the United States requests that the seal be lifted prior to that date or that date is further extended by order of this Court.

Dated this 1ˢᵀ day of April ,2009.

_____
UNITED STATES DISTRICT JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO