IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(FILED UNDER SEAL)

Civil Action No.  09-cv-00145-MSK-MJW

UNITED STATES *ex rel.*
KEVEN BARNES,

Plaintiff(s),

v.

ITT FEDERAL SERVICES INTERNATIONAL CORP., et al

Defendant(s).

MINUTE ORDER
(FILED UNDER SEAL)

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the *United States' Unopposed Motion to Vacate the Status Conference,* DN 22, filed with the Court on September 28, 2009, is GRANTED. The Status Conference set on September 29, 2009, is VACATED and is now reset on November 20, 2009, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  Mr. Kubli is permitted to attend the rescheduled status conference by telephone and shall initiate a conference call to (303) 844-2403 to participate at the status conference.  All other parties shall appear in person.

     It is FURTHER ORDERED that the *Relator's Unopposed Motion for Leave to Attend the September 29, 2009 Status Conference With Magistrate Judge Watanabee,* [sic], DN 21, filed with the Court on September 25, 2009, is DENIED AS MOOT.

Date:  September 28, 2009