UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES *ex rel.*  KEVEN BARNES, | ) ) ) | |
| Qui Tam Plaintiff, | ) ) | No. 09-cv-00145-MSK-MJW |
| v. | ) ) | FILE UNDER SEAL |
| ITT FEDERAL SERVICES INTERN'L  CORP., *et al.*, | ) ) ) | (31 U.S.C. 3729 et seq.) |
| Defendants | ) | |

FILE UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES *ex rel.*     )<br>    KEVEN BARNES,                     )<br>                                                )<br>    Qui Tam Plaintiff,             )<br>                                                )<br>v.                                            )<br>                                                )<br>ITT FEDERAL SERVICES INTERN'L  )<br>  CORP., *et al.*,                     )<br>                                                )<br>    Defendants                     ) | No. 09-cv-00145-MSK-MJW<br><br>FILED UNDER SEAL<br>(31 U.S.C. 3729 et seq.) |

### **RELATOR'S NOTICE OF DISMISSAL**

Relator Kevin Barnes, by and through his undersigned counsel, respectfully files this NOTICE OF DISMISSAL without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B).

Respectfully submitted,

       V. Kubli /s/
Victor A. Kubli, Esq.
Kubli & Associates, P.C.
9081 Shady Grove Court
Gaithersburg, MD 20877
(301) 801-2330

Counsel for Relator

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2010, I caused the foregoing to be served via the Court's ECF system or U.S. mail (with courtesy copy sent via email) to:

Amanda Rocque
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: amanda.rocque@usdoj.gov

Stanley Alderson
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
Telephone: (202) 307-6696
Stanley.Alderson@USDOJ.gov

        V. Kubli /s/
        Victor A. Kubli