**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00145-MSK-MJW

UNITED STATES OF AMERICA *ex rel.* KEVEN BARNES,

      Plaintiff,

v.

ITT FEDERAL SERVICES INTERNATIONAL CORP., *et al*,

      Defendant.

---

**THE UNITED STATES' CONSENT TO RELATOR'S NOTICE**
**FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

On February 8, 2010, the relator in this matter filed a Notice of Dismissal and moved to dismiss the above-captioned *qui tam* action without prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to dismissal of the action, so long as the dismissal is without prejudice to the United States.

Respectfully submitted this 9th day of February, 2010.

TONY WEST
Assistant Attorney General

JOYCE R. BRANDA
STANLEY E. ALDERSON
Attorneys
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
Telephone: (202) 307-6696

DAVID M. GAOUETTE
United States Attorney
District of Colorado


*s/ Amanda Rocque*
AMANDA ROCQUE
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0100
Facsimile: (303) 454-0404
amanda.rocque@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Victor Kubli
Kubli & Associates, P.C.
9081 Shady Grove Court
Gaithersburg, MD 20877
(301) 801-2330
kubli@kubliandassociates.com

In addition, I hereby certify that I have e-mailed the document to the following non-CM/ECF participants:

Stanley Alderson
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
Stanley.Alderson@USDOJ.gov

s/ *Amanda Rocque*
AMANDA ROCQUE
Office of the United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202